IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUTHIE MCLEMORE**                                                                 **PLAINTIFF**

v.                           **CASE NO. 4:20-CV-00709-BSM**

**US RENAL CARE INC,** *et al*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE